```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                     :
UNITED STATES OF AMERICA             :    ORDER
                                     :
     - v. -                          :    22 Cr. 523 (RA)
                                     :
DANIEL MOSER,                        :
                                     :
               Defendant.            :
                                     :
- - - - - - - - - - - - - - - - - - -x
```

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on September 30, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         August 1, 2023

_____
THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE