

147 WEST 25TH STREET, 12TH FLOOR
NEW YORK, NEW YORK 10001
CHAUDHRYLAW.COM

March 24, 2025

<u>*Via* **ECF**</u>

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Daniel Moser*, **1:22-CR-00523 (RA)**

Your Honor:

    We represent defendant Daniel Moser in the above-referenced matter. We are writing to request that the Court grant Mr. Moser permission to travel to Minnesota from April 18, 2025, to April 20, 2025, for the purpose of picking up an eight-week-old Weimaraner puppy.

    Mr. Moser resides in Fort Myers, Florida. As part of the conditions of release that the Court set for Mr. Moser on September 30, 2022, his travel is restricted to the Southern District of New York, the Eastern District of New York, the Middle District of Florida, the Southern District of Ohio, the Northern District of Ohio, and the Northern District of West Virginia (and points in between). Mr. Moser has fully complied with all conditions of release.

    Following the recent loss of his eleven-year-old dog, Mr. Moser would like to travel to Minnesota to pick up an eight-week-old Weimaraner puppy. He is scheduled to depart *via* plane from Fort Myers, Florida, on April 18, 2025, arriving in Saint Paul, Minnesota. He will then proceed to Jacobson, Minnesota, to pick up the puppy and return *via* plane to Fort Myers on April 20, 2025.

    Both the government and Mr. Moser's Pretrial Services Officer consent to this request. We respectfully request that the Court grant Mr. Moser permission to travel to Minnesota from April 18, 2025, to April 20, 2025.

                                                     \*\*\*

Priya Chaudhry                  priya@chaudhrylaw.com              212.785.5550

We appreciate Your consideration of this request.

Respectfully submitted,

/s/

Priya Chaudhry

SO ORDERED.

_____
HON. RONNIE ABRAMS, U.S.D.J.
March 24, 2025

Cc:    AUSA James McMahon (*via* ECF)