

147 West 25th Street, 12th Floor
New York, New York 10001
CHAUDHRYLAW.COM

December 16, 2025

*Via* ECF

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
December 17, 2025

Re:    *United States of America v. Daniel Moser,* Case No. 1:22-cr-00523-RA

Your Honor:

I write to respectfully request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Mr. Moser's passport to Mr. Moser or to a representative from my office.  Pretrial Services has informed my office that they can only release Mr. Moser's passport pursuant to a Court order.  The case against Mr. Moser concluded with his sentencing on December 16, 2025.  We thus respectfully request that the Court order the release of Mr. Moser's passport.

Respectfully Submitted,

Priya Chaudhry

Cc: AUSA James McMahon

SO ORDERED.

_____
HON. RONNIE ABRAMS, U.S.D.J.

PRIYA CHAUDHRY          PRIYA@CHAUDHRYLAW.COM          212.785.5551